O

# United States District Court
# Central District of California

| | |
|---|---|
| TASHARA TURPIN, on behalf of herself and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>PROFESSIONAL CREDIT SERVICE and John Does 1-25,<br><br>           Defendants. | Case No. 5:16-CV-01039-ODW(DTB)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

On May 20, 2016, Plaintiff Tashara Thurpin, filed a complaint alleging that Defendant Professional Credit Service, violated the Fair Debt Collections Practices Act, which prohibits debt collectors from engaging in abusive, deceptive and unfair practices. (Compl. ¶4, ECF No. 1.) In short, Defendant sent Plaintiff a letter threatening the imposition of legal action to collect on her debt despite the fact that it did not own her debt. (Id. ¶¶15-20.) However, Defendant never filed an answer. Plaintiff has taken no further action to prosecute this case.

Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 25, 2016, why the Court should not dismiss this action without prejudice for lack of prosecution. No hearing will be held. Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 13, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**