O

# United States District Court
# Central District of California

| | |
|---|---|
| TASHARA TURPIN, on behalf of herself and all others similarly situated,<br><br>      Plaintiffs,<br><br>   v.<br><br>PROFESSIONAL CREDIT SERVICE, and John Does 1-25,<br><br>      Defendants. | Case No. 5:16-CV-01039-ODW(DTB)<br><br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

///
///
///
///
///
///
///
///
///

1    In light of the Notice of Settlement (ECF No. 11), the Court hereby **ORDERS**

2  the parties **TO SHOW CAUSE**, in writing, by December 28, 2016, why settlement

3  has not been finalized.  No hearing will be held.  All other dates and deadlines in this

4  action are **VACATED** and taken off calendar.  The Court will discharge this Order

5  upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

6

7    **IT IS SO ORDERED.**

8    October 24, 2016

9

10  _____

11    **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28