**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| TASHARA TURPIN, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PROFESSIONAL CREDIT SERVICE, and DOES 1-25,<br><br>        Defendants. | Case No. 5:16-CV-01039-ODW(DTB)<br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///
///

Pursuant to Plaintiff Tashara Turpin's Notice of Voluntary Dismissal (ECF No. 14) and Federal Rule of Civil Procedure 41(a)(1), the Court hereby dismisses this case **WITH PREJUDICE** as to the named plaintiff, and **WITHOUT PREJUDICE** as to the putative class. All dates and deadlines in this action are vacated and taken off calendar. Each party shall bear its own costs.

**IT IS SO ORDERED.**

December 28, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**